PROB 35
(Rev. 6/17)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUL 13 AM 9:27

CLERK _____
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.

Benjamin K. Kwaning

Crim. No. 4:17CR00141-1

On July 10, 2018, the above named was placed on probation for a period of six months. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Benjamin K. Kwaning be discharged from supervision.

Respectfully submitted,

_____
Ervin G. Frazier, II
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this ____12TH____ day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA



FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUL 13 AM 9:27
CLERK
SO. DIST. OF GA.